UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>THE SOUTHLAND CORPORATION, et al.,<br><br>　　　　　　Defendants. | Case No.:  20cv577-MMA (MSB)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART JOINT MOTION [ECF NO. 11]** |

　　　　On May 6, 2020, the parties filed a "Joint Motion for Relief From In-Person Early Neutral Evaluation Conference and Meet & Confer Requirement."  (ECF No. 11.)  They ask the Court to convert to telephonic meetings:  (1) the in-person Early Neutral Evaluation Conference ("ENE") scheduled for June 29, 2020, and (2) the parties' in-person on-site meeting, which must take place on or before June 15, 2020.  (Id. at 1-2.)  In support, the parties state that "COVID-19 pandemic . . . poses a threat to individuals meeting and gathering in-person in public places, and the resulting statewide 'stay-at-home' order issued on March 19, 2020 which prohibits individuals from leaving home for non-essential activities, prohibits gatherings of people, and does not contain an expiration date[.]"  (Id. at 2.)

Having considered the parties' joint motion and finding good cause, the Court **GRANTS in part** the motion. The parties may satisfy their in-person onsite meeting requirement by conferring telephonically.

The Court further notes that in its order setting ENE and Case Management Conference for June 29, 2020, at 1:30 p.m., the Court expressly provided that the conferences will be <u>telephonic</u> for all attendees. (<u>See</u> ECF No. 8.) Accordingly, the Court **DENIES** the parties' requires to convert the ENE to a telephonic ENE as moot.

**IT IS SO ORDERED**.

Dated: May 7, 2020

Honorable Michael S. Berg
United States Magistrate Judge